In the United States District court

Middle District of Tennessee

Nashville Division

FILED
2013 JAN 25 AM 11:04
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Craig o. pitts,

Plaintiff  3:12cv-00390

v.  Judge William J. Haynes, Jr.

Tennessee Department of Human Services,

Division Of Rehabilitation Services.

    Defendant

### Plaintiff desire to dismiss case against defendant

Due to the current limitations of my disability and lack of legal counsel and resources, I am requesting dismissal of this lawsuit against defendant thus also avoiding further burden on this court.

CRAIG O. PITTS

421 TROUSDALE FERRY PIKE

LEBANON, TENNESSEE 37087

(615) 618-6099

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2013 a copy of plaintiff desire to dismiss case against defendant was filed electronically. Notice of this filing will be sent by operation of the courts electronic filing system to all parties indicated on the electronic filing receipt as follows:

NONE

All other parties will be served notice of this filing by regular U.S. mail as follows:

**Robert E. Cooper, JR.**

**Attorney General And Reporter**

s/Michael Markham

Senior Counsel

Civil ligation and state services

425 5th Ave. North

Cordell Hull Building, second floor

P.o. Box 20207

Nashville, Tennessee 37207

615-741-1730

Michael.Markham@ag.tn.gov

Attorney for the state of Tennessee

Case:3:12-cv-00390 Filed 10/15/2012 page 3 of 3