IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG O. PITTS, | ) |
| Plaintiff, | ) NO. 3:12-0390 |
| | ) Chief Judge Haynes |
| v. | ) |
| TENNESSEE DEPARTMENT OF HUMAN SERVICES, DIVISION OF REHABILITATION, | ) |
| Defendant. | ) |

**ORDER**

Upon Plaintiff's notice of dismissal (Docket Entry No. 28), this action is **DISMISSED without prejudice** under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 28th day of January, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court