UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CRAIG O. PITTS ) | |
| ) | |
| ) | |
| v. ) | NO. 3:12-0390 |
| ) | JUDGE HAYNES |
| ) | |
| TENNESSEE DEPARTMENT OF HUMAN ) | |
| SERVICES, ET AL ) | |

ENTRY OF JUDGMENT

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/28/2013.

                  KEITH THROCKMORTON, CLERK
                  s/Elaine J. Hawkins, Deputy Clerk